IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION      **2012 MAY 21  PM 3: 46**

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

| | |
|---|---|
| WILLIAM WHITTINGTON ROBERTS, § | |
| PETITIONER, § | |
| § | |
| V. § | CAUSE NO. A-11-CV-972-LY |
| § | |
| TRAVIS COUNTY DISTRICT COURT, § | |
| TEXAS MEDICAL BOARD, AND § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE § | |
| RESPONDENTS. § | |

## FINAL JUDGMENT

Before the Court is the above-styled and numbered cause of action.  On this date, the Court

dismissed Petitioner's Application for Writ of Mandamus without prejudice for want of jurisdiction

(Clerk's Doc. No. 1).  Accordingly, the Court renders the following Final Judgment pursuant to

Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the above styled and numbered cause is hereby **CLOSED.**

SIGNED this **21st** day of May, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE